FILED

SEP 12 2017 PB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID M. BOSWELL, JR., <br> Plaintiff, <br><br> vs. <br><br> Lt. SULLIVAN, et al., <br> Defendant(s). | ) Case No.: #1:16-cv-09070 <br> ) <br> ) <br> ) <br> ) The Honorable, <br> ) John Robert Blakey, <br> ) Judge Presiding. |

## MOTION TO VOLUNTARILY DISMISS COMPLAINT WITHOUT PREJUDICE:

I, David M. Boswell Jr., Plaintiff, pro se, do hereby Motion this Honorable Court to Dismiss Petitioner's Complaint Without Prejudice, and in support of this motion do hereby state as follows:

1.) I David M. Boswell Jr. am the petitioner/plaintiff in this case and am petitioning this Honorable Court to dismiss my complaint voluntarily and without coersion of any kind.

2.) I am asking in this motion that this Honorable Court will grant this motion and dismiss this cause without prejudice as I am seeking this out of good faith as my present circumstances are

Pg. #1 of 3

making it more difficult to litigate this case and also to meet my court deadlines. The deciding circumstance being that Pontiac Corr. Center has lost one of my excess legal storage boxes they assigned to me as a result of a move. A move which took place mere hours after my last court (phone) date, 06-14-17. As a result I am left without my request for discovery, sent months prior to 06-14-17 to Attorney General Lisa Madigan, as well as all of my notes, documents, names, dates, my copy of my complaint/motions and the exhibits, literally all necessary materials to properly litigate this cause and meet court deadlines. I brought this action as a means to seek some form of justice, not to waist people's time.

3.) I am currently in the process of grieving my missing legal storage box and cannot resonably state for this court how long it will take this institution to find my legal materials or even if they will so I do not know how long of a continuance I would need just simply to have an idea of what I need to request in a new request for discovery.

4.) The purpose of the timing of this motion has been because I wanted to first do all I could to have my legal box found and I was, until latele, still holding onto the hope that I'd get it back in time to still meet my deadine for the close of discovery.

5.) I also am hoping in considering this motion this Honorable Court

Pg. #2 of 3

will also consider that this is not a frivilous complaint and given to a better litigant who had all of his materials I'm sure this Honorable Court would agree it stood a good likelihood of surviving a motion to dismiss from the defendant if nothing else.

    I do apologize to this Honorable Court for the time spent on this cause when it's resulted in this present voluntary motion to dismiss. It is a sad ending, even with my concerns for personal safety due to certain admissions contained within the records of this proceding, it would have been good to see the responsible persons for my having in a position to have been assaulted held accountable so that hopefully another inmate's pleases for safety would not be as redilly ignored. As it is, however, I must now pray that this Honorable Court will consider this motion and grant it, dismissing my complaint without prejudice.

    Thank You For Your Time!

Respectfully submitted,
David M. Boswell Jr.,  Date: 09-07-17
David M. Boswell Jr. (Plaintiff)
I.D.O.C. #R47066
Pontiac Corr. Cntr.
P.O. Box 99
Pontiac, IL. 61764

Pg. #3 of 3

David M. Boswell Jr.
I.D.O.C. #R47066
Pontiac Corr. Cntr.
P.o. Box 99
Pontiac, IL. 61764

CORRESPONDENCE
FROM AN INMATE OF
ILLINOIS DEPT
OF CORRECTIONS

Hasler
09/08/2017
US POSTAGE $000.49⁰

ZIP 61764
011D12609898

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 S. DEARBORN St.
Chicago, IL. 60604

LEGAL

RECEIVED
SEP 1 2 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LEGAL

09/12/2017-39