**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

DAVID BOSWELL, JR.,           )
                                          )
                  Plaintiff,      )
                                            )
                   v.          )      Case No. 16 CV 9070
                                            )
BRYAN SULLIVAN, et al.        )      The Hon. John Robert Blakey
                                            )
                  Defendants.    )

**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM**

      Undersigned counsel submits the following substitution of counsel for Defendant

BRYAN SULLIVAN pursuant to Local Rule 83.17, which allows substitutions of counsel

without motion where counsel are of the same firm. Assistant Attorney General Megan

Honingford will no longer represent this defendant and is hereby withdrawing as counsel.

                                       Respectfully submitted,

**LISA MADIGAN**                   *s/ Colleen M. Shannon*
Attorney General for Illinois       COLLEEN SHANNON
                                       Assistant Attorney General
                                        Office of the Illinois Attorney General
                                        100 West Randolph Street, 13th Floor
                                        Chicago, Illinois 60601-3397
                                        (312) 814-4450
                                        cshannon@atg.state.il.us
                                        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on December 7, 2017, the foregoing document was
electronically filed with the Clerk of the Court for the United States District Court, Northern
District of Illinois using the CM/ECF system. Participants in the case who are registered
CM/ECF users will be served by the CM/ECF system.

                                          *s/ Colleen M. Shannon*