## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

David M Boswell Jr.
       Plaintiff,

v.              Case No.: 1:16–cv–09070
               Honorable John Robert Blakey

Lt. Sullivan, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 22, 2018:

  MINUTE entry before the Honorable Maria Valdez: Magistrate Judge status hearing held on 2/22/18. This case is set to 6/20/18 at 2:00 p.m. in Courtroom 1041 for settlement conference. Judge Valdez requires full compliance with the Court's Standing Order on Settlement Conference found on Judge Valdez's website available at www.ilnd.uscourts.gov, or the parties can contact courtroom deputy, Lisa Provine, at (312)408–5135 for a copy. Failure to comply with the provisions of the Court's Standing Order may result in the unilateral cancellation of the settlement conference by the Court. Absent leave from the Court, cancellation will result if the Plaintiff fails to submit to chambers copies of the settlement letters 21 days prior to the settlement conference. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.