**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division**

David M Boswell Jr.

                      Plaintiff,

v.                                                  Case No.: 1:16−cv−09070
                                                  Honorable John Robert Blakey

Lt. Sullivan, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 5, 2018:

      MINUTE entry before the Honorable John Robert Blakey: In light of the continued proceedings before Magistrate Judge Valdez, the status hearing previously set for 3/21/2018 is reset for 7/11/2018 at 10:30 a.m. in Courtroom 1203. Defense counsel shall arrange for Plaintiff to be available by telephone for the status hearing, and shall contact the Courtroom Deputy at (312) 818−6699 by noon on 7/10/2018 with the call−in information. Status will be stricken if parties file dismissal documents prior to the next hearing. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.